**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GUSTAVIA HOME LLC,

                Plaintiff,

- against -

THOMAS BRAUNWORTH III A/K/A
THOMAS BRAUNWORTH; CITIBANK
(SOUTH DAKOTA) N.A.; BANK OF AMERICA,
N.A. AS SUCCESSOR-IN-INTEREST TO FIA
CARD SERVICES, N.A.,

                Defendants.
------------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**
CV 17-3190 (ADS)(SIL)

      I, Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants CITIBANK (SOUTH DAKOTA) N.A., and BANK OF AMERICA, N.A. have not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

      The defaults of defendants CITIBANK (SOUTH DAKOTA) N.A., and BANK OF AMERICA, N.A., are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
       July 21, 2017

                                                      DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                 BY:    /S/ JAMES J. TORITTO
                                              DEPUTY CLERK