# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.  (516) 921-3838
CYNTHIA A. NIERER, ESQ.  FAX (516) 921-3824
 (516) 945-6055

www.nyfclaw.com

October 11, 2017

*VIA ECF*
Honorable Magistrate Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Gustavia Home LLC v. Braunworth, *et al*.**
            **Docket No.: 17-cv-03191-ADS-SIL**

Honorable Sir:

    We are the attorneys for Gustavia Home LLC ("Plaintiff") in the above-referenced matter. With consent of Defendant's counsel, we write to request an adjournment of the Initial Conference scheduled for October 16, 2017 at 10:30 a.m. This is the first time that the Initial Conference is scheduled and we are respectfully requesting an adjournment because Plaintiff's undersigned counsel is scheduled to appear at a Traverse Hearing before the Honorable Edward Korman at 10:00a.m. on the same date.

    We have conferred with Defendant's counsel and the parties are available to appear before Your Honor on October 23, 26, or 30th.

    Finally, the parties have prepared a Proposed Discovery Plan and it will be filed shortly.

    Thank you in advance for your consideration of our request.

                                      Respectfully,

                                      */s/ Randy J. Schaefer*

                                      Randy J. Schaefer

RJS:bhs
cc: Roy J. Lester, Esq., Defendant's counsel (*Via ECF*)