UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUSTAVIA HOME LLC,

           Plaintiff,

   -against-

THOMAS BRAUNWORTH III a/k/a THOMAS
BRAUNWORTH; CITIBANK (SOUTH DAKOTA)
N.A.; BANK OF AMERICA, N.A., AS SUCCESSOR-
IN-INTEREST TO FIA CARD SERVICES, N.A.,

           Defendants.
------------------------------------------------------------X

Civil Action No.: 17-3190 (ADS)(SIL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 23 2017 ★

LONG ISLAND OFFICE

## ~~PROPOSED~~ DISCOVERY PLAN

| Deadline Date | Task to be completed |
|---|---|
| 10/27/2017 | Exchange of Rule 26(a)(1) disclosures |
| 11/15/2017 | Service of First Interrogatories and Document Demands |
| 11/15/2017 | Motions to join new parties or amend the pleadings |
| TBD by Court [12/12/17 @ 10 AM] | Status conference in courtroom 820 |
| 01/31/2018 | Completion of Depositions |
| 01/08/2018 | Identification of case-in-chief experts |
| 01/22/2018 | Rule 26 disclosures for case-in-chief experts |
| 01/29/2018 | Identification of rebuttal experts |
| 02/12/2018 | Rule 26 disclosures for rebuttal experts |
| 03/26/2018 | Commencement of summary judgment motion practice |
| TBD by Court [4/30/18 @ 10:00 AM] | Pretrial conference in courtroom 820 |

Defendant reserves the right to request the scheduling of a settlement conference in this foreclosure action

Dated: Syosset, New York
      October 19, 2017

                        THE MARGOLIN & WEINREB LAW GROUP, LLP
                        Attorneys for Gustavia Home LLC
By:    /s/ Randy J. Schaefer
                        Randy J. Schaefer, Esq.
                        165 Eileen Way, Suite 101
                        Syosset, New York 11791
                        (516) 921-3838

Dated: Garden City, New York
      October 19, 2017

                        LESTER & ASSOCIATES, P.C.
                        Attorneys for Thomas Braunworth, III
By:    /s/ Gabriel R. Korinman
                        Gabriel R. Korinman, Esq.
                        600 Old Country Road, Suite 229
                        Garden City, New York 11530
                        (516) 357-9191

                                   SO ORDERED
                                      by
                         Magistrate Judge Steven I. Locke

                        **/s/ STEVEN I. LOCKE**
                              10/23/17