| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 8/20/18<br>TIME: 10:00 am |

CASE: **CV 17-3190(ADS) Gustavia Home LLC v. Braunworth et al**

TYPE OF CONFERENCE: STATUS       FTR: 10:06-10:08

APPEARANCES:
    For Plaintiff:   Alan Smikun

    For Defendant: Peter Kamran

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other: Status conference held.


                                                        SO ORDERED

                                                      /s/Steven I. Locke
                                                     STEVEN I. LOCKE
                                                   United States Magistrate Judge