UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUSTAVIA HOME LLC,

                                                Civil Action No. 17-3190(ADS)(SIL)

                      Plaintiff,

vs,

THOMAS BRAUNWORTH III a/k/a THOMAS
BRAUNWORTH; CITIBANK (SOUTH
DAKOTA) N.A.; BANK OF AMERICA, N.A.,
AS SUCCESSOR-IN-INTEREST TO FIA CARD
SERVICES,

                      Defendants.
------------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned matter as attorneys for defendant THOMAS BRAUNWORTH III a/k/a THOMAS BRAUNWORTH.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby made that notice of all proceedings in the above-captioned matter served upon:

                              Peter K. Kamran, Esq.
                              Lester & Associates, P.C.
                        600 Old Country Road, Suite 229
                           Garden City, New York 11530

Dated: June 6, 2019
       Garden City, New York

                                                /s/ *Peter K. Kamran*
                                     By: Peter K. Kamran, Esq. (PK1435)
                                        Lester & Associates, P.C.
                                        600 Old Country Road, Suite 229
                                        Garden City, New York 11530
                                        Tel: (516) 357-9191
                                        Fax: (516) 357-9281
                                        Email: pkamran@rlesterlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUSTAVIA HOME LLC,

                                            Civil Action No. 17-3190(ADS)(SIL)

                       Plaintiff,

vs,

THOMAS BRAUNWORTH III a/k/a THOMAS
BRAUNWORTH; CITIBANK (SOUTH
DAKOTA) N.A.; BANK OF AMERICA, N.A.,
AS SUCCESSOR-IN-INTEREST TO FIA CARD
SERVICES,

                     Defendants.
------------------------------------------------------------X

## AFFIRMATION OF SERVICE

I, Peter K. Kamran, attorney at Lester & Associates, P.C., attorneys for the Defendant, affirm under penalty of perjury that on the 6th day of June 2019, I served a true copy of a **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** by depositing a true copy thereof in an official depository of the United States Postal Service contained in a securely closed post-paid envelope directed to the following person by First Class Mail at the address designated below which is the last known address of the addressee and enclosed in an envelope containing name and return address of the party effecting service to:

      Alan Smikun, Esq.
      The Margolin & Weinreb Law Group LLP
      Attorneys for Plaintiff
      165 Eileen Way, Suite 101
      Syosset, New York 11791

Dated: June 6, 2019
       Garden City, New York

                                                      /s/ *Peter K. Kamran*
                                                      Peter K. Kamran, Esq.